# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS S. SMITH | ) |
| | ) Civil Action Number: |
| Plaintiff, | ) 1:17-cv-00902-WSD |
| | ) |
| v. | ) |
| | ) Jury Trial Demanded |
| EAST COBB EMISSIONS, and | ) |
| JOSEPH R. GOSS, an individual, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) Plaintiff Thomas S. Smith hereby provides this Plaintiff's notice of dismissal of the instant action with prejudice.

Respectfully submitted this 5th day of June, 2017.

By:   /s/ *Thomas F. Martin*
Thomas F. Martin
Georgia Bar No. 482595
tfmartinlaw@msn.com
Kimberly N. Martin
Georgia Bar No. 473410
kimberlymartinlaw@gmail.com

MARTIN & MARTIN, LLP
Post Office Box 1070
Tucker, Georgia 30085-1070
770.344.7267

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS S. SMITH | ) |
| | ) Civil Action Number: |
| Plaintiff, | ) 1:17-cv-00902-WSD |
| | ) |
| v. | ) |
| | ) Jury Trial Demanded |
| EAST COBB EMISSIONS, and | ) |
| JOSEPH R. GOSS, an individual, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal With Prejudice** on all counsel of record via CE/ECF electronic notification.

This 5th day of June, 2017.


*/s/Thomas F. Martin*
Thomas F. Martin